**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LISA R. MURPHY,                                                                    PLAINTIFF
ADC #760343

v.                                        5:11-cv-00042-JMM-JTK

TALIAFERRO W. HARRIS                                                          DEFENDANT

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to

prosecute.  The relief sought is denied.

IT IS SO ADJUDGED this  31 day of March , 2011.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE