IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LISA R. MURPHY**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC#760343**

**V.**　　　　　　　　　　**CASE NO. 5:11CV00042 JMM**

**TALIAFERRO W. HARRIS**　　　　　　　　　　　　　　　　　　　**DEFENDANT**

### ORDER

Plaintiff's Motion to Dismiss is dismissed as moot based upon the Court's March 31st, 2011 Order and Judgment which dismissed the case without prejudice for failure to prosecute (#7).

IT IS SO ORDERED THIS   6    day of    April   , 2011.


_____
James M. Moody
United States District Judge